OPINION — AG — ** ELECTION — REGISTRATION ** IT IS NOT THE DUTY OF PRECINCT REGISTRARS OF WASHINGTON COUNTY TO REGISTER ON SUNDAY APPLICANTS FOR REGISTRATION, AND THAT SUCH APPLICANTS CAN BE PROPERLY REGISTERED ON OTHER BUSINESS DAYS OF THE REGISTRATION PERIOD. (UNLAWFUL REGISTRATION, ELECTION) CITE: 21 O.S. 907 [21-907], 25 O.S. 82.1 [25-82.1], 26 O.S. 79 [26-79], ARTICLE I, SECTION 2 (FRED HANSEN)